IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 FEB -7  AM 11: 52
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　DEPUTY

| | | |
|---|---|---|
| MIGUEL CARRANZA-MOLINA, | § | |
| 　　　　　　PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:13-CV-1068-LY |
| | § | |
| KIMBERLY DAWN WOOD; AND | § | |
| STUDENT TRANSPORTATION OF | § | |
| AMERICA, INC., | § | |
| 　　　　　　DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed without prejudice Plaintiff Miguel Carrana-Molina's claims alleged against Defendants Kimberly Dawn Wood and Student Transportation of America, Inc. As nothing remains for the court to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this ___7th___ day of February, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE